NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**U.S. RING BINDER, L.P.,**
*Plaintiff-Appellant,*

v.

**STAPLES THE OFFICE SUPERSTORE, LLC, WORLD WIDE STATIONERY MANUFACTURING CO., LTD., CHARLES LEONARD NATIONAL, INC., and CHARLES LEONARD WESTERN, INC.,**
*Defendants-Appellees.*

---

2010-1284

---

Appeal from the United States District Court for the Eastern District of Missouri in case no. 08-CV-0583, Magistrate Judge Thomas C. Mummert, III.

---

## ON MOTION

---

## ORDER

Upon consideration of the parties' joint motion to amend the protective order of the United States District Court for the Eastern District of Missouri to permit each party's additional counsel to have access to the Attorneys' Eyes Only Information exchanged in this case,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 2 5 2010**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: David L. Applegate, Esq.
Keith A. Rabenberg, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAY 2 5 2010

**JAN HORBALY**
**CLERK**